1  McGREGOR W. SCOTT
   United States Attorney
2  ELLEN V. ENDRIZZI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone (916) 554-2716

**FILED**

JUN 2 0 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE SEARCH OF          )   No. 2:07-sw-00152 GGH
1558 NORTH NINTH STREET  )
FRESNO, CALIFORNIA       )   **APPLICATION TO UNSEAL SEARCH WARRANT**
                         )   **AND [proposed] ORDER**
                         )
                         )
                         )

On June 1, 2007, this Court issued the above-captioned search warrant and sealed it until further order of the Court. Recently, the defendants connected to the search of this corporation were indicted by a federal grand jury, case number 2:07-cr-00266 FCD. The United States now respectfully requests that the above-captioned file be unsealed so that its contents may be revealed in discovery.

Dated: June 19, 2007

                                    Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney

                              By:   /s/ Ellen V. Endrizzi
                                    ELLEN V. ENDRIZZI
                                    Assistant U.S. Attorney

1

## O R D E R

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the United States' Application to Unseal Search Warrant, filed in case number 2:07-sw-00152 GGH, is GRANTED.

DATED: June 20, 2007

GREGORY G. HOLLOWS
HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge